IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


TERRANCE LAMOUNT JAMES,
                    Plaintiff,
          v.                                          **Judgment in a Civil Case**
GJ. BRANKER; NORTH CAROLINA
DEPARTMENT OF CORRECTION;
NORTH CAROLINA COURT OF
APPEALS; ROY COOPER; BEVERLY
PERDUE; FORREST D. BRIDGES
                    Defendants.                       Case Number: 5:11-CT-3071-FL



**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for
frivolity review pursuant to 28 U.S.C. § 1915.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice
pursuant to 28 U.S.C. § 1915(g) .

This Judgment Filed and Entered on November 29, 2011, with service on:
 Terrance Lamount James  0590137, Central Prison, 1300 Western Blvd., Raleigh, NC 27606
(via U.S. Mail)




   November 29, 2011                              /s/ Dennis P. Iavarone
                                                  _____
                                                  Clerk